**Exhibit 1**

**Trademark Registration**

# United States of America
## United States Patent and Trademark Office

# SONNY ANGEL

**Reg. No. 6,663,607**

**Registered Mar. 08, 2022**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Dreams USA, Inc. (RHODE ISLAND CORPORATION)
2 Charles Street, Suite 3B
Providence, RHODE ISLAND 02904

CLASS 28: PVC toy figures

FIRST USE 1-1-2004; IN COMMERCE 1-1-2004

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 90-570,106, FILED 03-10-2021





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# S M I S K I

**Reg. No. 5,225,371**

**Registered Jun. 20, 2017**

**Int. Cl.: 11, 28**

**Trademark**

**Principal Register**

KABUSHIKI KAISHA DREAMS also trading asDREAMS INC. (JAPAN CORPORATION)
Takadanobaba21 Bldg. 5F,
39-7, Takadanobaba 4-Chome, Shinjuku-Ku Tokyo 169-0075
JAPAN

CLASS 11: Light bulbs; apparatus for lighting, namely, LED lights for lighting purposes incorporated into small toys

CLASS 28: Toys, namely, action figure toys; toy figures; dolls

The mark consists of the wording "SMISKI" in stylized font.

PRIORITY DATE OF 03-04-2016 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1308860 DATED 04-04-2016, EXPIRES 04-04-2026

SER. NO. 79-191,662, FILED 04-04-2016
JULIE T VEPPUMTHARA, EXAMINING ATTORNEY



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# Hippers

**Reg. No. 7,630,393**

**Registered Dec. 31, 2024**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Dreams USA, Inc. (RHODE ISLAND CORPORATION)
2 Charles St. Unit 3B
Providence, RHODE ISLAND 02904

CLASS 28: Toy action figures and accessories therefor

FIRST USE 8-9-2021; IN COMMERCE 1-7-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 98-229,200, FILED 10-18-2023



Acting Director of the United States Patent and Trademark Office

